UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANUEL RAMIREZ,<br><br>                  Plaintiff,<br><br>   v.<br><br>THE STATE OF WASHINGTON, KING COUNTY POLICE OFFICER(S), CITY OF SEATAC POLICE OFFICER(S), REGIONAL JUSTICE CENTER JUDGE(S), PRISON(S) OFFICER(S), U.S. COURTHOUSE OFFICER(S) and JOHN DOE(S),<br><br>                  Defendants. | NO:  2:15-CV-0144-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed June 4, 2015, the Court instructed Plaintiff, a prisoner at the Clallam Bay Corrections Center, to either pay the $400.00 fee ($350.00 filing fee plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914, or to submit an application to proceed without prepayment of the filing fee, along with a six month statement of his inmate account as required by 28 U.S.C. §

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE REQUIREMENTS -- 1

1915(a) (ECF No. 3).  Plaintiff did not comply with the Court's directive and has filed nothing further in this action.

Accordingly, for the reasons set forth above and in the Court's prior Order, **IT IS ORDERED** that this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** June 30, 2015.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2