AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MANUEL RAMIREZ,

)
_____ )
*Plaintiff* )
v. ) Civil Action No.  2:15-CV-144-TOR
THE STATE OF WASHINGTON, KING COUNTY )
POLICE OFFICER(S), CITY OF SEATAC POLICE )
OFFICER(S), ET AL., )
_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($_____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔  other:   This action is DISMISSED for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

❏  decided by Judge _____ on a motion for

Date:  June 30, 2015_____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer
_____