UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANUEL RAMIREZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE STATE OF WASHINGTON, KING COUNTY POLICE OFFICER(S), CITY OF SEATAC POLICE OFFICER(S), REGIONAL JUSTICE CENTER JUDGE(S), PRISON(S) OFFICER(S), U.S. COURTHOUSE OFFICER(S) and JOHN DOE(S),<br><br>　　　　　　Defendants. | NO:  2:15-CV-00144-TOR<br><br>ORDER DENYING MOTIONS |

BEFORE THE COURT are Plaintiff's Motion to Arrest Judgment (ECF No. 6) and his Motion to Vacate Judgment (ECF No. 7), noted for hearing respectively on August 14, 2015 and August 17, 2015. The Motions were considered without oral argument on the date signed below.

ORDER DENYING MOTIONS -- 1

Mr. Ramirez submitted a civil rights complaint on June 1, 2015, but did not pay the $400.00 filing fee to commence this action. He also failed to submit an application to proceed *in forma pauperis*. By letter dated June 2, 2015, the District Court Executive advised Plaintiff of these deficiencies, and by Order filed June 4, 2015, the Court directed him to comply with the filing fee requirements within twenty-one days (ECF No. 3). Plaintiff did not comply with that directive and on June 30, 2015, the Court dismissed this action for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914(a) and 1915.

In his "Motion to Arrest Judgment," Plaintiff asserts that "terrorist [sic] were involved in this case" and that dismissing it constitutes "treason," and he asks that the undersigned judicial officer be arrested, along with the named Defendants (ECF No. 6 at 2). In his Motion to Vacate Judgment, Plaintiff asserts that, due to his confinement in the segregation unit, he was "unable to satisfy the court."(ECF No. 7). Plaintiff does not state why he failed to seek an extension of time to comply with the Court's initial Order prior to the dismissal of this action. He also has not submitted the documents necessary to comply with 28 U.S.C. § 1915(a).

This action was not decided on the merits. Therefore, Plaintiff is free to file a new and separate action in which he complies with the filing fee requirements by either paying the $400.00 filing fee or by submitting an application to proceed

ORDER DENYING MOTIONS -- 2

without prepayment of the filing fee.  At this time, **IT IS ORDERED** that Plaintiff's Motions (ECF Nos. 6 and 7) are **DENIED.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward copies to Plaintiff. The Court certifies any appeal of this decision would not be taken in good faith.  The file shall remain closed.

**DATED** August 20, 2015.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTIONS -- 3